People v Hunt (2023 NY Slip Op 00617)

People v Hunt

2023 NY Slip Op 00617

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023

PRESENT: WHALEN, P.J., SMITH, LINDLEY, CURRAN, AND OGDEN, JJ. (Filed Feb. 3, 2023.)

MOTION NO. (340/91) KA 22-01689.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
BRIAN HUNT, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER Motion for writ of error coram nobis denied.